ENTERED ON DOCKET 10/18/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
| IVONNE RIVERA DE LA PAZ, FOR HERSELF AND ON BEHALF OF HER MINOR DAUGHTER, JERARDINE FRANCOISE ROMERO RIVERA | |
| v. | CIVIL CASE 97-1478 (CCC) |
| Enron Corporation, et al. | |

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
01 OCT 18 PM 6:13
RECEIVED & FILED

## JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #2625, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

*[signature]*
Deputy Clerk

2